**Order entered August 22, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00663-CV

**COLLIN PORTERFIELD, Appellant**

**V.**

**CENLAR FSB, MORGAN STANLEY PRIVATE BANK NA, F/K/A MORGAN STANLEY CREDIT CORPORATION, BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP, Appellees**

On Appeal from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-12-00651-C

## ORDER
### Before Chief Justice Wright, and Justices Lang-Miers and Brown

Before the Court is appellant's August 6, 2014 motion to vacate dismissal and reinstate appeal. In the motion, appellant states he has requested the clerk's record from the County Clerk, and is awaiting notification regarding the cost of the clerk's record from the County Clerk. Therefore, on the Court's own motion, we **VACATE** our dismissal opinion and judgment of July 21, 2014 and **REINSTATE** this appeal. The clerk's record in this case is due **THIRTY DAYS** from the date of this order.

We **DIRECT** the Clerk of the Court to send a copy of this order by electronic

transmission to John Warren, Dallas County Clerk.

/s/     ADA BROWN
JUSTICE